HAYES & EAMES ELEVATOR COMPANY, APPELLEE, V.
FARMERS & MERCHANTS BANK ET AL., APPELLANTS.

FILED SEPTEMBER 26, 1910.   NO. 16,116.

APPEAL from the district court for Kearney county:
HARRY S. DUNGAN, JUDGE. *Affirmed.*

*J. L. McPheely* and *C. A. Chappell,* for appellants.

*Adams & Adams, contra.*

ROOT, J.

The facts in this case are almost identical with those
reported in *Seldomridge v. Farmers & Merchants Bank,*
*ante,* p. 531, the only difference being that no grain was
delivered to the plaintiff herein before the attachment was
levied, and the check given for the corn was protested for
nonpayment March 2, but was paid with protest fees
March 3. We do not think these facts take the case with-
out the principles announced in *Seldomridge v. Farmers
& Merchants Bank, supra.*

Following the decision in that case, the judgment in
the instant one is

AFFIRMED.